JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,

Plaintiffs,

v.

PEVIK CONSTRUCTION, doing business as PEVIK CONSTRUCTION GROUP, INC., a California Corporation,

Defendant.

Case No. 2:26-cv-00965-WLH-DSR

**ORDER RE VOLUNTARY DISMISSAL [28]**

The Court is in receipt of Plaintiffs' Notice of Dismissal and Request to Retain Jurisdiction in Light of Settlement Agreement. (*See* Dkt. No. 28). Plaintiffs and Defendant entered into a written Stipulation for Judgment and Settlement Agreement ("Settlement"). Accordingly, the Court **DISMISSES** the case pursuant to Federal Rule of Civil Procedure 41, but will retain jurisdiction to enforce the Agreement.

**IT IS SO ORDERED.**

Dated: September 28, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE